UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**ENRIQUE ALVEAR**,

    Plaintiff,

vs.                              CASE NO. 6:25-cv-304-CEM-LHP

**PUMA NORTH AMERICA, INC.,**
**a foreign for-profit corporation**,

    Defendant.
_____/

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff ENRIQUE ALVEAR, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby voluntarily dismisses all his claims in this action *with prejudice*, with each party to bear his/its own attorney's fees and costs.

Dated: March 19, 2025.

Respectfully submitted,

| **RODERICK V. HANNAH, ESQ., P.A.** | **LAW OFFICE OF PELAYO DURAN, P.A.** |
|---|---|
| Counsel for Plaintiff | Co-Counsel for Plaintiff |
| 4800 N. Hiatus Road | 6355 N.W. 36th Street, Suite 307 |
| Sunrise, FL 33351 | Virginia Gardens, FL 33166 |
| T. 954/362-3800 | T. 305/266-9780 |
| 954/362-3779 (Facsimile) | 305/269-8311 (Facsimile) |
| rhannah@rhannahlaw.com | Duranandassociates@gmail.com |

1

By: *s/ Roderick V. Hannah*       By: *s/ Pelayo M. Duran*
    RODERICK V. HANNAH                PELAYO M. DURAN
    Fla. Bar No. 435384                    Fla. Bar No. 0146595